JUDGE JOHNSTON

**FILED**

MAY 20 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 25 CR 50021 |
| v. ) | |
| ) | Violation: Title 18, United States |
| JAMES PURIFOY ) | Code, Section 844(i) |

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about January 22, 2023, at Rockford, in the Northern District of Illinois, Western Division,

JAMES PURIFOY,

defendant herein, maliciously damaged and destroyed, by means of fire and explosive materials, a building located at 201 15th Avenue in Rockford, Illinois, used in interstate commerce;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

FOREPERSON

Andrew S. Boutros by JfM
UNITED STATES ATTORNEY